# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

August 18, 2009

Charles R. Fulbruge III
Clerk

No. 08-10976
Conference Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

LOIS GUILLERMO SANCHEZ-REYES, also known as Luis Memo Salazar, also known as Guillermo Salazar, also known as Louis Sanchez-Reyes, also known as Luis Guillermo Sanchez-Reyes,

Defendant-Appellant

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:08-CR-29-4

Before HIGGINBOTHAM, DAVIS, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Lois Guillermo Sanchez-Reyes (Sanchez) has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967). Sanchez has filed a response. Our independent review of the record, counsel's brief, and Sanchez's response discloses no nonfrivolous issue for appeal. Accordingly, counsel's

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.